# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jose L. Romero-Hernandez,

    Plaintiff,

v.

Jeffrey L. Romig,

    Defendant.

Case No. 2:14-cv-813-JAD-GWF

**Order Dismissing Case**

    Plaintiff Jose L. Romero-Hernandez initiated this action May 21, 2014, by filing a form "Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a United States District Court," a Department of Homeland Security U.S. Citizenship and Immigration Services Form I-290B, Notice of Appeal or Motion, and a document entitled "Appeal Brief" directed to the United States Department of Justice Executive Office for Immigration Review Board of Immigration Appeals (BIA) in Falls Church, Virginia.  Doc. 1.  He challenges U.S. Immigration Judge Jeffrey Romig's January 14, 2014, decision finding Romero removable. *Id*. From the other documents submitted with this filing, it appears that Romero already unsuccessfully appealed to the BIA. *See id.* at 23-26.  He fails to explain how this court has jurisdiction over his dispute.

    Regardless, plaintiff has neither paid the required filing fee to maintain this action nor submitted an application to proceed *in forma pauperis*.  IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.  The clerk of the court shall enter judgment accordingly.  IT IS FURTHER ORDERED that any appeal from this order would not be taken in good faith.

    Dated: September 4, 2014.

                                                                                               _____
                                                                                               Jennifer Dorsey
                                                                                               United States District Judge